AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:23-mj-00205 |
| Curtis Logan Tate | ) | Assigned To : Upadhyaya, Moxila A. |
| DOB: XXXXXX | ) | Assign. Date : 8/15/2023 |
|  | ) | Description: Complaint W/ Arrest Warrant |
|  | ) |  |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 111(a)(1) and (b) | - Assaulting, Resisting, or Impeding Certain Officers Using a Deadly or Dangerous Weapon; |
| 18 U.S.C. § 231(a)(3) | - Civil Disorder; |
| 18 U.S.C. § 1752(a)(1) | - Entering and Remaining in a Restricted Building or Grounds; |
| 18 U.S.C. § 1752(a)(2) | - Disorderly and Disruptive Conduct in a Restricted Building or Grounds; |
| 18 U.S.C. § 1752(a)(4) | - Engaging in Physical Violence in a Restricted Building or Grounds; |
| 18 U.S.C. § 1361 | - Destruction of Government Property; |
| 40 U.S.C. § 5104(e)(2)(D) | - Disorderly Conduct in the Capitol Grounds or Buildings; |
| 40 U.S.C. § 5104(e)(2)(F) | - Engage in an Act of Physical Violence in the Grounds or any of the Capitol Buildings. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Ronald A. Hornback Jr.*

*Complainant's signature*

Ronald Hornback, Jr., Special Agent

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 08/15/2023

*Judge's signature*

City and state: Washington, D.C.     Moxila A. Upadhyaya, U.S. Magistrate Judge

*Printed name and title*