### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**CURTIS LOGAN TATE,**<br><br>**Defendant** | **CASE NO.**<br>**MAGISTRATE NO. 23-MJ-205**<br>**VIOLATIONS:**<br>**18 U.S.C. §§ 111(a)(1) and (b)**<br>**(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon)**<br><br>**18 U.S.C. §§ 111(a)(1) and (b)**<br>**(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon)**<br><br>**18 U.S.C. §§ 111(a)(1) and (b)**<br>**(Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon)** |

# I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

### COUNT ONE

On or about January 6, 2021, within the District of Columbia, CURTIS LOGAN TATE, using a deadly or dangerous weapon, that is, a metal baton, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, Officer G.N., an officer from the Metropolitan Police Department, while such person was engaged in and on account of the

performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Section 111(a)(1) and (b))

## COUNT TWO

On or about January 6, 2021, within the District of Columbia, CURTIS LOGAN TATE**,** using a deadly or dangerous weapon, that is, a metal baton, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, Sargeant A.G., an officer from the United States Capitol Police, while such person was engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon**, in violation of Title 18, United States Code, Section 111(a)(1) and (b))

## COUNT THREE

On or about January 6, 2021, within the District of Columbia, CURTIS LOGAN TATE**,** using a deadly or dangerous weapon, that is, a black speaker box, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, Officer S.S., an officer from the Metropolitan Police Department, while such person was engaged in and on account of the

performance of official duties, and where the acts in violation of this section involve physical contact with the victim and the intent to commit another felony.

    (**Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon,** in violation of Title 18, United States Code, Section 111(a)(1) and (b))

                                          Respectfully submitted,

                                          MATTHEW M. GRAVES
                                          United States Attorney
                                          D.C. Bar No. 481052

By:     */s/ Will N. Widman*
          Will N. Widman
          Trial Attorney, Detailee
          United States Attorney's Office
          District of Columbia
          555 Fourth Street, N.W.
          Washington, DC 20530