Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs.                                       )<br>)<br>CURTIS LOGAN TATE             )<br>) | Criminal Case No.: 24-CR-92 (CRC) |

## WAIVER OF INDICTMENT

I, __CURTIS LOGAN TATE__, the above-named defendant, who is accused of

Counts 1-3:
18 U.S.C. § 111(a)(1) and (b); ASSAULTING/RESISTING/IMPEDING OFFICERS/EMPLOYEES; Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __3/7/24__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_[signature]_
Defendant

_[signature]_
Counsel for Defendant

Before: _[signature]_
Judge Christopher R. Cooper
United States District Judge

Date: __March 7, 2024__