# Exhibit A

April 10, 2024

Dear Judge Cooper,

I am Anthony Harvey and work as a supervisor at The Healing Place of New Hanover County, a long-term inpatient drug and alcohol treatment center, homeless shelter, and clinically supervised detox facility in Wilmington North Carolina. I am a Certified Drug and Alcohol counselor with the state of North Carolina along with being a Certified Peer Support Specialist. I have known Curtis Tate for over a year, and I have the honor of being his sponsor in Alcoholics Anonymous. Although I did not know him during the time that he committed this crime, I did get to know him in an extremely unique and close way during the process of him working the 12 steps of Alcoholics Anonymous. There is no excuse for the crimes he committed however I will say that during the time this offense occurred, Curtis was in one of the darker parts of his life and in the middle of a long-term relapse that had begun in his mid-twenties. When Curtis arrived at the Healing Place in March of 2023, he came an extremely broken man coming off a failed suicide attempt. Without disclosing too much of his personal information I will say that Curtis has not had an easy life by any standard, he has been the victim of traumas and difficulty that no child should have to endure, and although it is no excuse it is an objective fact that it was something he was struggling with. We began working the 12 steps with one another and I was able to watch Curtis transform himself from a self-pitying victim into a man of radical responsibility and dignity. Through the process of the steps, I watched Curtis begin to take responsibility for his life and his short comings, develop a relationship with a higher power and I got to watch Curtis pick up one year of sobriety at the detention center in Washington DC with two other fellow members of recovery and we got to listen to him tell his story for the first time of what his addiction was like, what he did to overcome it and what life is like now, a right of passage within the Alcoholics Anonymous Community. We continue to talk nearly every day and he continues to walk the path of recovery and has become a leader in his current circumstances trying every day to be supportive of his fellow inmates and making phone calls to others that struggle with addiction offering his support and a listening ear. Curtis is a great friend, a hard worker, a leader, and a man of responsibility. I would be highly surprised if he did not take responsibility for his offense, but I can assure you sir, that the man that committed this offense is not the man that will be standing before you awaiting your decision. I truly believe that regardless of the outcome of your decision Curtis will accept what is delivered and use it as an opportunity for growth. I believe that after whatever punishment he receives he will be free from the criminal justice system and will live a happy and productive life of service and helping others. He has surrounded himself here in Wilmington with people that love and support him and people that he loves and supports. While at the Healing place for roughly six months before being arrested, he was a leader in the community offering support, encouragement but firm accountability to himself and others within the program. I believe that he has so much to offer his friends, family, the recovery community here in Wilmington, his future employers, and his future partner. He believes in recovery and more so in the power that supports his recovery whom he chooses to call God. He was living the recovery program before he was arrested and continues to do so behind bars. I love Curtis as a brother and it has been an honor to sponsor him in the last year. He is a good man, a strong man, a man of conviction, leadership, discipline, and accountability and I pray that your decision reflect the changes this man has made since the offense was committed. God bless you.

With respect,

Anthony Harvey

1

April 10, 2024

Dear Judge Cooper,

My name is Joseph Gelish and I have known Curtis Tate for just under a year through the program of Alcoholics Anonymous. I sponsor Curtis Tate's sponsor Anthony Harvey and got to know Curtis through that relationship. I own my own painting company and I have been sober for almost six years through Alcoholics Anonymous. I frequently fellowshipped with Curtis Tate and was able to witness a portion of his journey of sobriety. Getting to know him as a person without substance I was able to watch him grow as a person in recovery. He's learned accountability, he's learned how to fellowship with other people in recovery who pose as positive role models and fellows. He has learned responsibility for his actions. I have seen him show up for his recovery through the directions of his sponsor and was able to witness him showing up through difficulty and challenges such as the relationship struggles that ended his long term relationship of five years, I witnessed him transition from the loss of his independence of living in his own home and into living in a controlled recovery environment at The Healing Place of New Hanover County. I watched him stay sober through situations that challenged him as a person and challenged his recovery. In my own life through this process and the legal system, I've had to overcome my own obstacles and by the grace of the judge who presided over my case was able to have a portion of my sentence suspended and then later thrown out due to them witnessing the transformation I had undergone through the program of Alcoholics Anonymous. Understanding the seriousness of Curtis' crimes I am not here to invalidate his crimes, but I am here to highlight the state in which Curtis found himself while committing these crimes, which was under the influence of the addiction lifestyle.  Through the grace of the judge I was able to solve other outside life issues by realizing that drugs and alcohol were but a symptom of my problem and in fact my character was the object that needed to be worked on. I believe Curtis Tate understands this same principle and will be a benefit to the community and the men he will sponsor in the future. I believe that Curtis will no longer be involved in the criminal justice system when this process finds its conclusion. I do believe in the judicial system and people facing the consequences of their actions, but with the help of the court and outside help in my own life, I pray that this opportunity will help him to correct his behavior and become the man that he is capable of being. I hope that Curtis finds fair treatment under your direction but that you would take into consideration the changes he has undergone since committing his crime. I have seen his turn around with my own eyes, ears, and heart and it has been nothing short of miraculous.

With all the respect due to you and your impact on the judicial system,

Joseph Gelish

2

Dear Judge Cooper,

My name is Dannion Tate and I am writing this on behalf of my older brother Curtis Logan Tate, or as I know him as Logan. When I was asked to write this letter, it meant a lot to me that he is willing to reach out and that the court is willing to hear my statement.

I'm currently employed with the Clark County Sheriffs Department in Indiana. In my time doing this job, I've worked in corrections as well as patrol. I can honestly say that I've seen my fair share of the good and bad in people. I'm no stranger to the criminal justice system and I understand and respect how it works. One thing I can say about Logan is he truly is one of the best people I know.

My brother Jansen and I grew up with Logan our entire lives. He's been a part of my life for as long as I can remember. Some of the best memories that I have include him right there next to me whether it be fishing, playing in our backyard when we were growing up. I only got the chance to spend time with Logan every other weekend, but those weekends were some of the best that I ever had.

When I was younger, I did not realize exactly what Logan was going through when it came to his mom. The more I got older the more I realize that she was using him against my dad. She would make it very difficult for my dad to see him and always complicate their shared custody more than it needed to be. She would threaten to kick him out of the house, keep him from our dad, or not let him do the things he enjoyed. Even though Logan was going through all of this, he still made a huge effort for me and my brother to make the times we had together the best that we could have. Logan did not deserve this but he never let it get in the way of our time together.

When I was growing up, we lived on a farm in our hometown of over four hundred acres which was our main source of income. Some of the best memories I have of that place are the ones where Logan was there with us. Weather it would be playing in the creek, climbing in the hay barns, going fishing, or riding dirt bikes, I loved it growing up but when Logan was there with us, it only made all of the fun exponentially better.

As time moved on, I saw less of Logan due to life getting in everyone's way, but I can honestly say I've seen do amazing things with his life. From following in our dad's footsteps of being a bodybuilder, to committing himself to help those struggling with addiction, to becoming an insurance agent. I can confidently say that he not only has worked very hard to establish a life for himself, but I'm also very confident that he will continue to make society as great for everyone as he did for me and my brother growing up.

I remember one of the darkest times of our lives is when we lost our dad in July of 2015. It took all of us by surprise and was a huge life change for all of us. Our dad was everything to us and we were all effected greatly by his passing. Through all of those days, I just remember Logan being right there, pushing his own emotions down to reassure me that everything is going to be ok. He was still the big brother that I leaned on like I did when I was young.

3

I know the kind of person Logan was raised to be. His core values revolve around protecting family, loving his country and respecting those who keep us safe. I can assure you, not only as a brother of Logan, but as a police officer that he can and will make an excellent contributor to society. He has shown me that his hard work, dedication, and love for those around him make him the man I know him as today.

Thank you for your time judge, I hope this letter shows who the real Curtis Tate is and that the court takes my testimony into consideration.

Sincerely,
Dannion Tate

Dear Judge Cooper,                                                    **<u>06/18/2024</u>**

 I am writing you this letter on behalf of Curtis Logan Tate. For the duration of this letter I will be referring to Curtis as Logan because this is what my family and I have called him my whole life. My name is Jansen Tate, I am Logan's younger brother. When I was asked if I would write this letter I was reflecting on my earliest memories with Logan. I remember being 5 or 6 years old on a lake dock while Logan was teaching me the best spots to cast if I wanted to catch bluegill. I remember going to public parks and playing all over the slides and the jungle gyms. I remember him coming to my little league games and helping my dad teach me to ride a bike. I remember him taking my other brother and I through the hay barns and the corn fields on our family's property.

 Although he did not live in our house full time (he would split time between his mother and my father) I have a plethora of fond memories from my very early years. As I got older I started to realize that Logan was mature beyond his years. From a young age his mother used him as a bargaining tool against my father. There were several instances of his mother threatening to kick him out and threatening to keep him from doing things such as go to school, play sports, spend time with friends in an attempt to spite my father. Even though he had a significant amount of stress placed on him (more than any child should have to endure) he made a considerable effort to place his stressors aside in order to be a supportive brother to  my siblings and I. He conducted himself in such a manner that I didn't know about his mothers antics until I was much older.

As I alluded to previously in my writing, my brothers and I grew up on a farm. The farm's primary source of income was a feed mill, and we also sold hay bales. Looking back I can say, without a doubt my work ethic was molded and shaped by my time working in those barns. I remember those summers where I would wake up and go out to the barns only to see Logan and my Father soaked in sweat, pitching bay or loading bags of feed into customers trucks. I remember trying to prove myself by picking up some of those heavy feed bags and not being able to. Instead of making fun of me like many others would, Logan would help me. He would take those few seconds to help me load the 50 lb bag into the bed of someone's truck. I doubt that he remembers doing that for me, but he set a great example for me. He showed me that even when he is busy, he always finds the time to help out his little brother. It was small acts of kindness and caring that made me realize how lucky I was to have him as a sibling.

As we both grew older our time together was less and less. He moved out and got his own place, I was in school and playing sports. But we always found time to say hi, give each other a hug and catch up whenever we had family get-togethers. I vividly remember him getting off work and  driving 40-50 minutes just to see the family at whatever get together we were having. And sometimes he even had enough energy to play pickup basketball with us.

A darker chapter in our story was in July of 2015. Our father had passed away unexpectedly from a heart attack. We were absolutely crushed. My father was the rock in Logan's life. Whenever he needed advice, or was at a confusing crossroads he would

consistently turn to my father who would point him in the right direction. I still remember the expression on his face as he arrived at the house where it all happened. Both of us, tears in our eyes as we hugged. Although my memories from that day are very jumbled I distinctly remember him pulling me in and saying "it's gonna be okay. I love you buddy." It was then when I realized what true strength was. He had lost his mentor. He had lost his rock. And he still found the courage to be a support for my brother and myself to lean on when it would've been acceptable to crumble. We never talk about that day and I've never hashed out the details with anybody before. But that specific moment is burned in my mind, and it is my forever interpretation of what the word "strong" means.

After graduating high school , my brother Dannion and I joined the Marine corps. Naturally, being active duty limits a significant amount of contact with friends and family. My brother Dannion and I were permitted to go home during certain times of the year, and for very short periods at that. So what little interaction we had with Logan we made the most of it. We would have our catch up sessions around the table at thanksgiving, or around the tree at Christmas. We would swap stories of our different travels and field operations in the military, and he would elaborate on what he was doing back home. I found out that he was attending school working towards his associate in nursing. He was following in my fathers footsteps and began competing on the local bodybuilding circuit. All in all he was making a considerable effort to set himself up for success.

Cut to August 25th, 2023. I got a message on my phone from one of my aunts. The text read "is this real" with an attached news story. As you can imagine, nobody is prepared to see their family name plastered all across several of the nation's largest news platforms. Much less when they are detailing your greatest mistake. It was truly a scary time for my family. It was so out of character for Logan that for a while I was convinced it was someone with the exact same name. After several days of messaging in our family group chat we started getting more and more information. We found out where he was being held, what he was under arrest for, and what the proposed charges were. I remember being in school, working on a quiz when I got a voicemail notification from an unknown number on my phone. After class I listened and it was Logan. After a few days I was able to get in contact and speak with him for the first time in months. Of course my first questions revolved around "are you ok," "what happened," and "what were you thinking." After several conversations we had discussed the events of that day and his mentality at the time. I remember he told me that looking back on it he is extremely ashamed. He mentioned that he let other people's rhetoric cloud his mind and misguide his judgment. He explained that in hindsight he wishes he had never traveled to DC.

Since our initial call he has made a considerable effort to remain in contact. We talk on a weekly basis. Our conversations typically revolve around what's going on in our day to day life, as well as our family events, pets, food, gym, ect. However one thing he mentioned really stuck out. He mentioned that when he is released from jail he wants to run an animal humane society. He explained that during his time in jail he has been thinking hard about what makes him happy and we are both in agreement that this would

100% be a fulfilling line of work for him. Also while incarcerated he has kept very busy. He explained to me that he is heavily involved in his pod community. He has taken several people under his wind and taught them what he knows about proper exercise and nutrition. He is a key figure in his pod's church and has given several sermons to his fellow inmates. He has expressed that he wants to do everything he can to restore the tarnished reputation to our family name. And he is definitely on the right track to accomplishing his goal.

Thank you very much for reading this letter, Judge Cooper. I hope my testimony can shed some on the real Curtis Tate. And hopefully my testimony shows you that he is more than prepared to be a productive member of society upon release.

Sincerely, Jansen Tate

9



**T H E  H E A L I N G  P L A C E**
OF NEW HANOVER COUNTY

June 24, 2024

**The Honorable Christopher R. Cooper**
United States District Court Judge
c/o Office of the Federal Public Defender
625 Indiana Ave. NW, Suite 550
Washington, DC 20004

Dear Judge Cooper:

My name is Joanne Lee, I am the Clinical Director at the Healing Place of New Hanover County. I am writing to provide a character reference for Curtis Tate, whom I had the opportunity to know during his time at The Healing Place of New Hanover County. Curtis was a participant in our program for approximately six months, during which he demonstrated significant progress and personal growth.

Curtis engaged fully with our program, advancing through the phases with dedication and commitment. He was in the final phase of our program when he was unfortunately arrested. Throughout his stay, Curtis proved to be a valuable asset to both his peers and our staff. He was always ready to lend a helping hand to his fellow participants, often volunteering for various tasks around the campus.

One of Curtis's notable contributions was the initiation of an exercise group for clients. This initiative not only promoted physical health but also fostered a sense of community and support among the participants. His leadership and willingness to help new clients acclimate to the program were exemplary. Curtis also frequently assisted staff members when opportunities arose, showcasing his cooperative spirit and reliability.

In addition to his contributions within our community, Curtis worked diligently at the jobs assigned to him, consistently demonstrating a strong work ethic. He was on the brink of completing our program and had already secured employment with a local insurance agency. Furthermore, Curtis had expressed a sincere desire to continue his involvement with The Healing Place as an alumnus, with plans to attend meetings, teach classes, and sponsor clients in Alcoholics Anonymous (AA).

It is important to acknowledge that the act Curtis is being charged with was committed while he was under the influence of drugs. It is well-understood that substance abuse can severely impair judgment and lead to regrettable decisions. However, Curtis has shown deep remorse for his actions and has actively worked through the steps of recovery to address his behavior.

In his sober state, Curtis is a markedly different individual—one who is thoughtful, responsible, and committed to his recovery journey. Based on my experience with him, I have no reservations about recommending Curtis for future opportunities. I firmly believe that, given the chance, he will continue to make positive contributions to society and work diligently towards his personal and professional goals.

If you require any further information or wish to discuss Curtis's character and progress in more detail, please do not hesitate to contact me.

Sincerely,

Joanne Lee
Clinical Director
The Healing Place of New Hanover County

June 13, 2024

Honorable Christopher R. Cooper
United States District Court Judge
c/o Office of the Federal Public Defender
625 Indiana Ave. NW, Suite 550
Washington, DC 20004


Your Honor,

My name is Joe Goins and I am a 58 year old man who has been trained as a CPA and accountant. I have also spent the last 15 years working with prison ministries. I have known Curtis Tate for almost his entire life, becoming his step father when he was 2 years old. I am writing this letter on his behalf. While I cannot excuse the actions that led to these charges, I hope I can provide some perspective on Curtis's positive qualities and why I believe he has a bright future ahead despite this difficult situation.

While I separated from his mother, I have remained a part of his life since then. He was extremely sweet and kind for his entire childhood and struggled in his teen years after being the victim of at least two separate sexual assaults that I am aware of. He kept much of this secret in his youth and dealt with it with substance abuse. This is where legal problems have their beginning. While unfortunate, these events have led him to admit the abuse and have led to him overcoming substance abuse. He was clean and sober for year before his incarceration and has not express any desire to return. I believe facing his issue has led to permanent healing.

Curtis is a devoted family member. He has been a loving son to his mother, making sure she is cared for even while dealing with his own legal troubles. Curtis has realized the difficulty his situation has cause for his mother and his family, and has expressed his strong desire to never be a cause for any pain to either of them again. Family means everything to Curtis.

Beyond his family commitments, Curtis is a thoughtful and empathetic person. I have witnessed him going out of his way to help others in need, such as volunteering with those struggling with drug and alcohol additions. Before incarceration, he had joined a local church and was an active student who was implementing these positive habits into his daily life. Curtis has expressed genuine remorse for the events that transpired, and I know he is determined to a reformed life, which he is already living.

Perhaps most importantly, Curtis has a positive mindset about his future. He has been proactively preparing for life after this sentencing. Admitting and recovering from sexual abuse as a youth has been an important obstacle to overcome and he has done so remarkably well. Curtis

understands that he made a mistake, but his resilience and drive convinces me that he will become a productive member of society once more.

I realize the depth of Curtis's crimes, and I am not trying to diminish them with this letter. However, I hope I have shed some light on the many redeeming qualities of Curtis's character. He is remorseful, has an outstanding support system, and is taking the proper steps to ensure a brighter future. Thank you for your consideration.

Sincerely,

Joseph Goins
1 Cleveland St, #800
Gordonsville, VA 22942

DocuSign Envelope ID: EC889CE0-A9A1-4274-B833-568D518CA90A

6/21/24

The Honorable Christopher R. Cooper
United States District Court Judge
c/o Office of the Federal Public Defender
625 Indiana Ave. NW, Suite 550
Washington, DC 20004

Dear Judge Cooper,

My name is Kelly Howell.  I am a Realtor/Broker/Owner of Assist 2 Sell Buyer &
Seller Realty in New Albany Indiana. I am writing to you on behalf of Curtis
(Logan) Tate.

I met Logan approximately 9 or 10 years ago through Tim Hancock.  I have been
in a continuous relationship with Tim since 2012.  Tim had previously been
married to Logan's mother, and shares a son with her (Max).

I met Logan after he had completed a drug rehabilitation program through The
Healing Place.  Logan was open about regretting the path that he had
previously taken.  He was happy to have achieved sobriety, and was excited to
create a new life for himself.

Tim & I grew closer to Logan, and frequently invited him to our house for
weekend dinner's. His half brother Max, and half sister Megan were also
included.  All of us additionally spent most holiday's together.

Logan is a caring person who enjoys helping others.  Because of this he had
become a CNA, and also attended some college, to work toward getting further
training in the medical field.

Logan's most recent career was in the Insurance business.  He was extremely
excited to get his license, and seemed to be doing very well.  This did not
surprise me though, since he is an enthusiastic person, who is great with
people.

On January 20, 2023 I was shocked to find out that Logan had attempted to
take his own life.  Afterward he told me that he was using drugs again, was
upset that he had relapsed, and did not want to be a disappointment to others.

After Logan was released from the hospital, he stayed with Tim & I while recovering from the suicide attempt. During this time, Logan contacted a mentor from The Healing Place, who told him that they were opening a new facility in Wilmington North Carolina.  The mentor felt like it would be a better option for Logan to go to the new facility, to be away from negative influences who could cause him to stray from the recovery program. Tim & I agreed that we would take him, after he healed enough to travel.

On February 18, 2023 Tim & I dropped Logan off at The Healing Place facility in North Carolina.  We stayed in regular contact with Logan by phone afterward, and he indicated that he was thankful to have the opportunity to work toward turning his life around again.  Things seemed to be going very well for Logan, while he was at The Healing Place.

In August 2023 the FBI arrested Logan while he was still at The Healing Place.  I still struggle with understanding why he would have participated that day.  I am not sure if drugs were involved, or if he somehow gained momentum from those surrounding him.

In no way do I condone the events that occurred on January 6, 2021, or that Logan was involved.  I do feel like Logan is a good person though, who is also thoughtful and caring. Logan was in the process of working toward a better future, by voluntarily going through a drug rehabilitation program, at the time of his arrest.  I believe that he will continue to work toward that goal, after he is released from custody.


Sincerely,

*Kelly Howell*

Kelly Howell
3119 Lacewood Lane
New Albany, IN 47150

Dear Judge Cooper,

My name is Lori Tomes. I am a nurse of 26 years, who works with Alzheimer's patients. I am writing a letter to you on behalf of my step-son Curtis Logan Tate. I have known Logan, as I have always called him, since he was 2 years old. His father Paul Tate and I raised him to be a loving and good person to the best of our ability. Paul and I had many struggles, as did Logan, with his mother as Logan was growing up. One thing his father used to say over and over to me was "I just want Logan to get to adulthood with as little damage as possible." Those words always stuck with me, because I knew how much Paul loved him and wanted nothing but the best for him.

Logan's mother made it very hard for him to see his dad on and off for years. She would deny visitation, plan to have us pick him up for a weekend and when we got there to get him, she would be gone. She never answered the phone to let us talk to him. There seemed to always be a struggle when it came to her, and Logan was the one that suffered the most.

When Logan was 3, he came to our house once and was acting very strangely toward his dad. He would shove him and throw things at him. I took Logan to the side and asked him what was going on, and why he was doing those things. He told me, as a 3 year old, that his mommy told him to be mean to his daddy. That is just one of the many incidents that Logan went through at a young age.

I work as a nurse with the elderly, and I used to take Logan with me to work to visit with my patients. The patients loved seeing him when he came and Logan would spend time talking to them and doing activities with them. Logan always asked when he could come back and see them again, as he loved spending time with his "Grandmas and Grandpas" and he called them.

As he grew, his father and I had two boys of our own. Logan was the best big brother to our boys and was so happy when they all got to get together and play. He took them under his wing and taught them so many things, read to them, they would play, fish, and learn how to work on the farm we lived on, and was such a great influence for them.  We felt whole when they were all together. Paul and I just wanted all three of our boys to be happy.

Paul passed away unexpectedly in 2015 and it affected all three boys terribly. Paul was the center of their lives, and they were devastated.

As time went on we saw less of Logan, as he grew to be an adult and moved out on his own.

Logan struggled with addiction for several years. He went into his rehab and got help for the struggles he had. He was thankfully able to overcome his addiction and focused on helping others that struggled the same way.

He then went into Insurance sales and did very well with that. One thing about Logan that I've learned, when he puts his mind to something, he puts his all into it and doesn't give up.

Ever since he has been incarcerated, he calls me and his brothers weekly. He knows he has done wrong and is very remorseful, as he has told me. He talks about his goals in life and said he wants to open a dog rescue/sanctuary, as he had to give up his dog Rye when he went to jail. That affected him greatly and he wants to focus on helping animals.

While I realize that Logan has made some poor choices in his life, I do know that Logan is a very caring and loving person. I can hear the positivity in his voice when we speak, and he continues to remain upbeat and hopeful for his future.

Judge Cooper, I truly believe Logan is a good person, who can live a law-abiding life after the resolution of his case.

Thank you so much for your time,
Lori Tomes

**The Honorable Christopher R. Cooper**

United States District Court Judge

c/o Office of the Federal Public Defender

625 Indiana Ave. NW, Suite 550 Washington, DC 20004

Dear Judge Copper,

My name is Megan Goins and I am Curtis (Logan) Tate's younger sister. I am happily married to my husband Quinton Mullins and we have one daughter together and we're expecting our second child in September 2024. I, now, work as a Registered Nurse Case Manager for St. Croix Hospice in Seymour, Indiana, but have a strong background in critical care nursing. I am writing you this letter, not to disregard that a crime was committed by Logan, but to try and help explain how he possibly got to this point in his life.

Being that Logan is about three years old than me, some of our childhood is a blur, because I was a young child at that time. I do know that Logan's father, Paul Tate, did not accept Logan as his child when Logan was born. My mother was a single parent, living with my maternal grandparents when he was born. My mother met my father when Logan was about two years old. My father, Larry (Joe) Goins, treated Logan as his own. I was born in 1994 and shortly after my parents separated before my first birthday, but my father still kept in contact with Logan. During the time that my parents were together, Logan became very close with my paternal grandparents, Betty (Deda) and Michael (Poppy) McManaway. My Deda and Poppy always treated Logan as he was their very own blood related grandchild. Logan and I spent most of our summer breaks with them in Tennessee until the devastating passing of our Deda in 2006. Deda and Poppy were always very loving, caring, and nurturing to Logan and no one would have ever known that Logan wasn't their biological grandchild by the way he was treated by them.

Logan's father, Paul, did come back into Logan's life as a young child. Paul was married to Lori and they had two children together, Dannion and Jansen Tate. I don't recall Logan ever living full time with his father, but I do believe he'd go back and forth from my mother's house and his father's house, but not on a set schedule like I did weekly with my father. Logan loved having two younger brothers at his father's house, but you could definitely see the difference in their relationship with their father verses Logan's relationship with his father. I would occasionally be invited by Logan and his father's family to come over and hangout during the day with them and as a young child I was able to pick up on the disconnect between Logan and his father. I truly believe this was one of the many circumstances that affected Logan's mental health issues and what lead him to a drug addiction that he battled with for several years. Logan was never fully accepted by his father, like his other two siblings and I don't believe Logan was loved like a son needs to be loved by their father.

A father is a son's first role model on how to be a good human being, a man, and how to do right in the world. Logan was never offered that love and support by the person he wanted it from the most. Statistics have proven that children from fatherless homes are ten times more likely to use drugs and alcohol and children from fatherless homes are twenty times more likely to be incarcerated and unfortunately Logan is a statistic of both.

In 2015, Paul passed away from a heart attack and Logan was never able to try build a real relationship with his father due to him passing at such a young age. Logan struggled with the loss of his father and I think the reasoning for that was because he was never to get the acceptance or love he really wanted from Paul. I don't think or blame Paul Tate solely for

Logan seeking out drugs, alcohol, and having a troubled young adult life, but I do believe that not having a consistent father figure or role model in his life did not help the situation. Paul's other two children are successful young adults and have not struggled through life the way Logan has and I think that contributes from having a steady childhood and a present father figure in their childhood and most of their teenage years.

Our mother, Suzanne, married Tim Hancock when Logan and I were very young and in 1999, our younger brother, Maxwell Hancock, was born. Logan had to grow up watching his other siblings have strong relationships with their fathers and I don't think anyone realized how this may have made him feel as a child who didn't have that relationship with his father. I personally struggled when my father and his current wife, Monica, had more children. It was difficult growing up having to go back and forth between my parents houses and watch two children grow up in one household with two present parents so I could only imagine how Logan's situation could have affected his mental health as a young child.

 Tim Hancock and my mother divorced after some years of marriage, unsure of actual number of years of marriage due to my age at the time, but Tim remained in our lives and we would often see Tim and his family. Tim's family, especially his parents Nick and Kate Hancock, have always treated Logan and I like their own grandchildren. Logan has always been welcomed around them and their family. Tim has a younger brother, Chris Hancock, that is not our biological uncle, but treats us no different than he treats Max. Logan decided in 2022 to pursue a career as an insurance agent and Chris Hancock hired Logan to work for his insurance company once he received his license. Logan seemed to really enjoy this

job and Chris would often rave about how well Logan was at the job. Logan has a great support system today in the Hancock family, my mother, and myself to help support him during this difficult time and when he is released one day from prison.

In 2009, Logan's relationship with myself, my mother, and the Hancock's became very estranged when he started using drugs heavily. Logan made it difficult to trust and rely on him during those times. Due to bringing drugs into our mother's house, Logan was kicked out of the home because he was of legal age and our mother did not allow him to have drugs in the home, especially with two minors living there. After years of this lifestyle, Logan decided he wanted to get sober and on March 21, 2013 Logan admitted himself into The Healing Place in Louisville, KY to complete their rehabilitation program. Once sober and graduating from the program, Logan started working for a local barge company and stayed very busy with work and attending meetings at the Healing Place. Logan was able to get his own apartment and start his new life. Logan made sure to keep himself busy away from drugs and alcohol, so he focused a lot of his time in the gym, meal prepping, and teaching others how to get in shape and eat right.

After Logan's found his passion for being fit and healthy, he decided to go to college to become a PTA, physical therapy assistant, at JCTC in Louisville, KY. Since he was heading towards a career in healthcare, he decided to get his certified nursing assistant certification and started a new job working as a CNA in a nursing home while attending school. Logan was given the opportunity at the nursing home to advance his certification from CNA to a QMA, qualified medication aide, so Logan took the required classes and state exam to get

his QMA and was able to move up at his current position. After working as a QMA, Logan

became interested in nursing and enrolled in Bellarmine University for nursing and started

taking the prerequisite classes for nursing. I am not sure why Logan did not finish his

schooling due to being busy with my own college career at this time.

Early into Logan's sobriety he did share that he is homosexual and he started publicly dating

men. Everyone accepted Logan for who he is, except my mother did have a hard time

accepting that news. She never turned her back on Logan, but she did make it clear that she

didn't believe in his lifestyle choices that involved dating and relationships. Logan dated a

couple of men over the years, but finally met who he thought was the "one" in 2018 when he

met Justen Grater. In the beginning of their relationship, Justen seemed very supportive and

understanding of Logan's past and current journey to remain sober. After Logan stopped

attending school, Logan and Justen had several jobs in bars and restaurants as bartenders

and/or servers. Working in this environment, it led Logan to surrounding himself with people

who seemed enjoy going out to bars to drink and party. Logan and Justen spent a lot of their

free time drinking and going out it seemed. This made having a relationship with Logan

difficult because he was displaying past behaviors of when he was using drugs. Due to

these behaviors, Logan's relationship with the family started to struggle. Logan's mental

health noticeable declined while in his relationship with Justen and often times Logan would

suffer from suicidal ideation and talk about wanting to use drugs, like Heroin, again. My

mother and I would receive calls or text messages from Logan expressing these thoughts

throughout his relationship with Justen.

On January 20, 2023, Logan sent myself, my mother, Tim Hancock, and Justen suicide text messages explaining how he loved us, but he couldn't go on anymore. Logan shot himself in his left middle chest, barely missing his heart and spine causing a left-sided pneumothorax, a collapsed lung on the left side. Logan was transported and cared for at the area's level one trauma center. During his hospitalization, Logan opened up about his toxic relationship with Justen, the cheating that had occurred, the use of drugs (cocaine, crack, marijuana) with Justen, and how Justen made it seem like my mother and I were the "bad people" in Logan's life. Once hearing this information, it really seemed like Logan fell into a controlling, narcissistic relationship. This helped my mother and I better understand why our relationship with Logan really struggled while he was in this relationship with Justen.

Once discharged from the hospital, Logan decided he needed to get away from Southern, IN and the Louisville, KY area and made arrangements to go to The Healing Place in Wilmington, North Carolina to regain his sobriety and start his life over again. In February 2023, Logan was admitted into The Healing Place in Wilmington, North Carolina. After a couple months of being there, the old Logan seemed to be making his way back around. Logan would call and talk about how great of an experience he's had so far in North Carolina, the new friends that he is making, and how he may even move to the Wilmington area when his rehab journey is complete to make sure he stays away from the negative influences back home. Logan was weeks away from graduating his rehab program when he was arrested on August 24, 2023 for charges related to January 6, 2021.

While Logan has been incarcerated, he has had a very positive attitude and seems to be happier incarcerated than he was before starting at The Healing Place in February 2023. Logan has expressed how being sober and away from the negative influences he surrounded himself with in the past, has really opened his eyes to how important his family and future life is. He has shown interest in new hobbies while being incarcerated, like barbering, and wants to continue learning how to barber once sent away to prison. I think Logan will be a new person once he is released from prison and after going through this experience and what he has dealt with in the past two years. I think Logan has finally opened his eyes to realize how important his family and sobriety really are to him and how much he is loved and supported by his family. I do think Logan will live a law-abiding lifestyle after this experience and he will make sure he never gets himself into legal trouble again, especially now knowing the damage he has caused himself, his family, and others.

Megan Goins

13971 Deerfield Crossing

Memphis, IN 47143



# THE HEALING PLACE
## OF NEW HANOVER COUNTY

**The Honorable Christopher R. Cooper**
United States District Court Judge
c/o Office of the Federal Public Defender
625 Indiana Ave. NW, Suite 550
Washington, DC 20004

Dear Judge Cooper,

I am writing to provide a character reference for Mr. Tate, who was a client at The Healing Place of New Hanover County for approximately one year. My name is Peyton Hyler, and I am the Detox Manager at The Healing Place. During Mr. Tate's time with us, I had the opportunity to get to know him well and observe his behavior and character.

Throughout his stay, Mr. Tate consistently demonstrated qualities of determination, resilience, and integrity. He approached his recovery with a level of commitment and seriousness that was truly commendable. Mr. Tate was punctual and attentive during his time at The Healing Place, and actively participated in group meetings and classes. His willingness to engage and his open-minded attitude contributed positively to the therapeutic environment and set an example for other clients.

Mr. Tate also exhibited a strong sense of responsibility. He was always willing to help with tasks and showed great respect towards staff and fellow clients. His courteous and respectful demeanor was evident in his interactions, and he often went out of his way to support and encourage others who were facing similar challenges.

One of the most notable aspects of Mr. Tate's character is his honesty. He was transparent about his struggles and took full accountability for his actions. This honesty not only facilitated his own recovery but also inspired trust and respect among his peers and the staff. In addition to his personal growth, Mr. Tate made significant strides in developing a positive outlook on life. He set realistic goals for his future and worked diligently towards them. His perseverance and positive attitude were infectious and contributed greatly to the supportive community atmosphere we strive to maintain at The Healing Place.

Mr. Tate was also in the process of obtaining his insurance license to work at a brokerage in the Wilmington area. He had plans to live in a sober living house to support his continued recovery and professional aspirations. His commitment to building a stable and productive future further highlights his determination and responsible nature. Based on my observations and interactions with Mr. Tate, I believe he possesses the character traits and personal integrity necessary to succeed in his future endeavors. His journey through recovery has shaped him into a person who is not only self-aware and responsible but also empathetic and supportive of others.

I have full confidence in Mr. Tate's ability to continue making positive contributions to society. If you require any further information or wish to discuss Mr. Tate's character in more detail, please do not hesitate to contact me.

Sincerely,

Peyton L Hyler MSW, LCASA, LCSWA
Detox Manager
The Healing Place of New Hanover County

910-970-4673 (HOPE)                    info@THPNC.org

1000 Medical Center Drive Wilmington, NC 28401         www.THPNC.org

26

**The Honorable Christopher R. Cooper**

United States District Court Judge

c/o Office of the Federal Public Defender

625 Indiana Ave. NW, Suite 550

Washington, DC 20004

Dear Judge Cooper,

My name is Suzanne Gum and I am Curtis Tate's mother. I am a special needs bus driver for New Albany Floyd County Schools Transportation Department and have worked for NAFCS since 2008. I have been married to my husband, Stephen Gum, since 2012. Curtis's middle name is Logan and that is what myself and other family members call him. Logan was my first child born in 1991. Logan's father, Paul Tate, and I were not in a relationship when Logan was born and he was not involved in Logan's life in the beginning. Due to this, Logan did not have a "normal" childhood since he did not have both of his parent's present. Being a single parent was very difficult, but I always made sure Logan had everything he could have ever wanted as a child. When Logan was two years old, I met Larry "Joe" Goins and he became very involved in Logan's life. In 1994, I had my second child, Megan, and soon after Joe and I split from our relationship. Joe stayed involved with Logan and would include Logan in activities with him and Megan, but he was not a full-time role model anymore for Logan after we went our separate ways.

When Logan was three years old, I asked Logan's biological father, Paul, for child support and the court ordered a paternity test to prove that Logan was Paul's child before moving forward with the child support. Once proven that Logan was Paul's child, Paul decided to be a part of Logan's life minimally and when it seemed convenient for him. Even though Paul was around some at this time, Logan continued to build a relationship with Joe and his family. In 1998, I married my first husband and third child's father, Tim Hancock, in 1998. Tim, today, is a great father and "step-father" to my children, but during our marriage, Tim was constantly leaving the household and coming back making it confusing for my children, especially Logan.

It seems throughout Logan's life he has had many people come in and out of his life or he loses the people he was the closest to. Logan and my mother were very close since she was very involved in his childhood when I was a single parent, but she passed away in 2000. Logan's paternal grandparents both passed after my mother and within a short time of one another. Paul's parents, Norman and LaVon, were not very close with Logan due to Paul's poor relationship with Logan, but it was still a loss for my son of someone he was hoping to have a relationship with. Logan's cousin, Hannah, was diagnosed with cancer in 2001 and passed away in 2003. Hannah and Logan were very close and bonded over their love for arts and crafts. My father and Logan's "Deda", Joe's mother, passed away in 2006. Logan was very close with his Deda and even lived with Deda and her husband, Mike / "Poppy", for a short time in Middlesboro, KY when he was first started getting into trouble back home in Indiana. I thought maybe a change of scenery would help him stay out of trouble and hopefully he'd meet new friends / influences. In 2015, Paul Tate passed away

from a suspected heart attack. I do think the passing of Paul devastated Logan and because Paul passed away at such a young age, Logan never got the opportunity to have a real relationship or bond with his father. Paul fathered two other children with his ex-wife, Lori, whom Logan had to see his father be very involved and loving to and I think Logan always longed for that love and acceptance from his father that he'll never be able to experience now that he is gone.

Logan has always been a loving, kind, and caring person to his friends and family before he was involved with drugs and alcohol. I am not sure what led him to substance abuse, but when Logan is sober, he is an amazing person. Logan was diagnosed with dyslexia when he was 17 and it was recommended to me by his physician to withdrawal Logan from high school and enroll Logan into GED classes. Logan finished his GED classes very quickly and throughout his twenties went to college off and on. Logan attended JCTC in Louisville, KY for physical therapy assistant. During this time, Logan also completed CNA, certified nursing assistant, classes and started working as a CNA while he was in school. After working as a CNA, Logan decided to get his QMA, qualified medication aide, certification. Logan then switched institutes from JCTC to Bellarmine University to pursue nursing. I am not sure why Logan did not complete his education, but after he no longer attended college, he started working with his new partner at the time, Justen, as a server for various bars and restaurants.

After many years of sobriety, Logan started drinking again and slowly started using drugs again. I was unaware of his drug use again until January 2023, when Logan attempted to

commit suicide due to troubles in his relationship at that time and his struggle with drugs

again. During this difficult time, I was made aware of a lot that I did not know about my son's

personal life. The worst news I was made aware of was when Logan was arrested in August

2023 for his presence / actions at the Capitol on January 6, 2021. I was stunned to hear

what my son was being accused and charge with since this isn't the Logan I know. After

learning about Logan relapsing and things that had happened before and during 2021, I truly

believe my son was under the influence during the January 6 event, because I do not

believe Logan would have made the choices he did if it wasn't using some kind of

substance. Logan was also not involving himself with the most supportive friends or partner

at that time, which could have also influenced him to make poor decisions. I truly hope this

experience has opened my son's eyes and has taught him a huge lesson about what his

sobriety and how poor influences can affect one's life.


Since Logan has been incarcerated, we have become closer and our conversations have

meaning to them again. Logan has mentioned to me how much happier he is being away

from alcohol, drugs, and the people he was hanging out with. Logan has talked to myself

and other family members about his goals and plans for his incarceration time and I do think

my son will become a better person from this experience. Logan seems to be remorseful for

his actions that day and is ready to make this part of his past and live a better life from here

on out. Logan has always had a love for rescuing dogs in need and actually has a dog of his

own, Mico, that was rescued and I know Logan has mentioned wanting to continue working

with rescues when he is released from prison. He has also taken a new interest in barbering,

because he is the "barber" at the DC jail and cuts the inmate's hair now. Logan has been

asking myself and other family members to do research on prisons that offer barber classes

so he can continue to pursue this new hobby and maybe continue this barbering when he is

released from prison. Logan is in his thirties and talks about how he is ready to live a

"normal" law abiding lifestyle once released from prison and I think Logan will uphold to

those words so he can continue to be free to live his life and pursue his aspirations. Logan

has missed a lot of family milestones, like watching his niece grow up, being involved with

his soon-to-be nephew or niece in September 2024, and most importantly he has missed

valuable time with his beloved dog, Mico which I know he has struggled with since Mico is

only getting older while Logan is away. Logan and Mico were very close and often went on

runs, walks, hikes, and many car rides. Mico is Logan's world and I know he is ready to step

up and be there for his "baby" when all of this is over. Logan now understands how he was

not putting Mico first and how is actions have affected everyone around him, especially the

one thing he promised to love and care for.


Thank you for taking time to read my letter about my son, Curtis Logan Tate,


Suzanne Gum

1650 Georgetown Greenville Road

Georgetown, IN 47122

**The Honorable Christopher R. Cooper**
United States District Court Judge
c/o Office of the Federal Public Defender
625 Indiana Ave. NW, Suite 550
Washington, DC 20004

Dear Judge Cooper,

My name is Tim Hancock, I am writing you on behalf of Curtis Logan Tate.  I have known Curtis (Logan) since he was approximately 5 years old.  His mother and I dated then married.  The marriage ended when Logan was approximately 12 years old.  During that time I had daily contact with Logan.

Logan struggled in school and was held back in middle school (4th grade).  This complicated his relationship with his peers as Logan would be criticized for his poor performance in school, particularly grade school.  Logan was later diagnosed with dyslexia.

Logan tried to have a relationship with his paternal father (Paul), however, due to the strained relationship between his mother and father, that was made difficult for Logan.  I personally observed his mother deliberately undermine Logan's father's attempts to communicate with Logan and Logan with his father.

At this time in Logan's life I would characterize Logan as a good hearted child with some challenges.  Logan loved to be with family and friends and was great with his siblings.

After my marriage to Logan's mother ended I had limited contact with Logan.  His mother and I have a son together (Max) and I would see Logan at events: Birthday, Christmas, etc.

I became aware that Logan had drug issues as a young adult through his mother and our son.  By this time Logan was no longer living with his mother, half-sister (Megan) or my son Max.

I cannot comment extensively on this time in Logan's life.  I would hear things from time to time, but did not make serious inquiry.

I reconnected with Logan in his early twenties.  He had been through an intensive drug rehabilitation program (The Healing Place) and was trying to piece together a new life. I was glad he had worked through his issues and Logan became a part of my families life. Logan regularly participated with family functions and we were happy to have him.

Logan was licensed and worked as a Certified Nurse Assistant (CNA), and licensed insurance producer (sales).  Logan was definitely headed in the right direction and had a bright future.  I was proud to see him prospering and happy to help in any way.

Logan also enjoys working out at the gym and would regularly provide training lessons to others.

Logan re-established a relationship with his father, another positive step for Logan. Unfortunately Logan's father passed away as they were building a renewed relationship.

It was during this time that Logan disclosed to me that as a youth he had been molested on 2 separate occasions.

I was shocked when he told me he had attended the "rally/riot" in Washington D.C. I expressed my concern and could only hope and pray that he had not participated in anything illegal.

I was stunned to receive a text from Logan telling me of his plan to commit suicide.  I along with his and my family did what we could to support Logan after.

He lived with me and my girlfriend (Kelly) for a short period after leaving the hospital.

While living with us he reached out to The Healing Place to find out what options were available for him.  He was told that there would be a new location opening in North Carolina and he would be welcome to go as a patient.

Once Logan had healed to the point he could travel Kelly and I agreed to take Logan to The Healing Place in North Carolina.

Logan arrived at The Healing Place on 2/18/23.  That is the last time we saw him, however, have remained in contact with him.

I believe it is fair to say that Logan had a troubled childhood and adolescents and had to deal with significantly more challenges than the average person.

I will summarize by saying my experience with Logan for the last several years has been that he is good heart, kind, thoughtful and caring.  Logan is always available to help family and friends. Logan is and will always be part of my family.

Unfortunately on the occasion of 1/6/21 he put himself in a bad position and made several bad decisions.  I do believe that his drug issues played a huge part in his actions.

There is no way to express the sorrow I feel for the victims and families of the victims from that tragic event.

I only wish that Logan had not chosen to go to Washington D.C. and/or participate in any of the events.

Sincerely,

Timothy A. Hancock
1352 Miller Lane
New Albany, IN 47150